263 So.2d 905

**UTAH LOUISIANA INVESTMENT CO.
et al.**

**v.**

**INTERNATIONAL DEVELOPMENT, INC.**

No. 52622.

July 11, 1972.

Application denied. The judgment of the Court of Appeal is correct.

263 So.2d 905

**STATE of Louisiana ex rel.
Roy JOSEPH**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52641.

July 11, 1972.

On considering the petition of relator in the above numbered and entitled cause:

It is ordered that the Criminal District Court, Parish of Orleans, without undue delay, grant a full evidentiary hearing on relator's petition for a writ of habeas corpus filed in that Court and in this Court, and make a determination of the merits of his application after the hearing.